UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MDM OF LAKELAND, PA
d/b/a Highlands Dental

    Debtor.
_____/

Case No. 8:14-bk-1546
Chapter 11

**DEBTOR'S MOTION TO ASSUME NON-RESIDENTIAL REAL
PROPERTY LEASE AND EXERCISE OPTION TO RENEW**

Debtor and Debtor-in-possession, MDM OF LAKELAND, PA d/b/a Highlands Dental ("Debtor"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 365 moves for authority to assume the Debtor's unexpired commercial lease and to exercise the option to renew, and respectfully represent as follows:

1. The Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code on February 12, 2014.

2. The Debtor owns and operates a dental practice. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and is managing its assets. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core matter.

3. The Debtor was incorporated as a Florida professional association on or about March 12, 2010 and began operations in April, 2010. The Debtor operates its business at the shopping center commonly known as Publix in the Highlands, 2153 East County Road 540a, Lakeland, Florida 33813 ("Premises"). Smile Devine, LLC ("Smile"), and the landlord, Publix Super Markets, Inc. ("Publix") entered into a lease for the Premises on March 6, 2009 ("Lease"). Attached hereto as Exhibit "A" is a copy of the Lease.

4. Smile, the Debtor and Publix entered into an Assignment of the Lease dated April 29, 2010 ("Assignment"). A copy of the Assignment is attached hereto as Exhibit "B."

5. The Debtor seeks to assume the Lease with Publix and will furnish adequate protection by making timely post-petition rents or allow an appropriate administrative expense claim or a combination thereof.

6. Whether a court should approve a debtor's request to assume or reject an executory contract under section 365of the Bankruptcy Code is based on the Debtor's "business judgment." *Group of Institutional Investor v. Chicago, M., St. P. & P. Ry. Co.,* 318 U.S. 523, 550 (1943)*; In Re: Gardinier, Inc.,* 831 F.2d 974, 975 n.2 (11th Cir. 1987). The business judgment rule makes the Debtor's decision "accepted by courts unless it is shown that the bankrupt's decision was one taken in bad faith or in gross abuse of the bankrupt's retained business discretion." *In Re: Richmond Metal Finishers, Inc.,* 756 F.2d 1043, 1047 (4th Cir. 1985).

7. The Lease is executory as its initial term expires on September 30, 2015.

8. Pursuant to Section 2.2 of the Lease, as amended by the Assignment (paragraph 5.v, page 2), the Debtor further seeks to exercise its five year option to extend the term through September 30, 2020. While the notice period calls for "written notice to the Landlord not less than six (6) months, nor more than nine (9) months, prior to the expiration of the Initial Term …", the Debtor seeks to extend the Lease by exercising the option to renew at this time because its plan of reorganization will encompass the option period.

9. There is no doubt that a Debtor may exercise its option to renew despite its defaults if it were to assume and cure the prepetition defaults as a condition to exercising its option to renew. *In re Fifth Taste Concepts Las Olas, LLC*, 325 B.R. 42, 48 (Bankr. S.D. Fla. 2005) (Judge Hyman in considering the split of authority held that "in bankruptcy, the debtor has

the right to assume a lease, and the privilege to exercise an option to renew is not forfeited because of prepetition defaults.).

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to assume the Lease and exercising its option under the Lease and for any other and further relief as is just and appropriate.

   /s/ Alberto Gomez
Alberto Gomez; FBN 784486
al@jpfirm.com
Angelina E. Lim; FBN: 0158313
angelinal@jpfirm.com
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
403 East Madison Street, 4th Floor
Tampa, FL 33602
(813) 225-2500;
(813) 223-7118 fax
Counsel for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Debtor's Motion to Assume Non-Residential Real Property Lease and Exercise Option to Renew has been furnished by Electronic Filing and/or regular U.S. Mail this 22ND day of May, 2014 to the **Office of the United States Trustee**, 501 East Polk Street, Suite 1200, Tampa, FL 33602; Counsel to Publix Supermarkets, Inc., Maureen A. Vitucci, Esq., GrayRobinson, PA, 301 East Pine Street, Suite 1400, Orlando, FL 32801 and to the Local Rule 1007-2 Parties in Interest List.

   /s/ Alberto F. Gomez, Jr.
ALBERTO F. GOMEZ, JR.

1774690_1